IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 21 C 2162 |
| RC SMITH CONCRETE COMPANY, an Illinois corporation, | ) ) ) | JUDGE SHARON JOHNSON COLEMAN |
| RICHARD SMITH, an individual, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

TO:   Mr. David M. Stieper, Registered Agent         Mr. Richard Smith
      RC Smith Concrete Company                      4N593 Mountain Ash Drive
      2500 W. Higgins Road, Suite 1200               Wayne, IL   60184-2409
      Hoffman Estates, IL   60169-7243

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Telefax: (312) 236-0241
E-Mail: cchapman@baumsigman.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 9th day of June 2021:

      Mr. David M. Stieper, Registered Agent
      RC Smith Concrete Company
      2500 W. Higgins Road, Suite 1200
      Hoffman Estates, IL   60169-7243

      Mr. Richard Smith
      4N593 Mountain Ash Drive
      Wayne, IL   60184-2409

      /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\Fvcwj\RC Smith Concrete\notice of voluntary dismissal.cmc.df.wpd